# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED

4:51 pm, 7/8/25

**Margaret Botkins**
**Clerk of Court**

UNITED STATES OF AMERICA

vs

Richard A Nyquist

Case Number(s): L:25-PO-00325-SAH-1

Defendant's Attorney(s)
Waived

## JUDGMENT IN A CRIMINAL CASE

THE DEFENDANT pled guilty to violations E1568944 and E1568945.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Violation Number |
|---|---|---|---|
| 36CFR2.1(a)(1)(iv) | Possessing, destroying, injuring, defacing, removing, digging, or disturbing from its natural state a mineral resource or cave formation or the parts thereof | 06/16/2025 | E1568944 |
| 36CFR1.5(f) | Violating a closure order | 06/16/2025 | E1568945 |

The defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's USM No: **N/A**

July 8, 2025
Date of Imposition of Sentence

*Stephanie Hambrick*
Stephanie A. Hambrick
United States Magistrate Judge

July 8, 2025
Date

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of two years.

While on probation, the defendant shall not commit another federal, state, tribal, or local crime.

The defendant shall keep contact information current with the Court.  Email YNP_DC@wyd.uscourts.gov with any updates.

The defendant shall make special assessment, processing fee and fine payments as ordered by the Court and is required to notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to meet these monetary obligations.

The defendant is banned from entering the exterior boundaries of Yellowstone National Park for a period of two years.

## FINANCIAL PENALTIES

The defendant shall pay the following total financial penalties in accordance with the schedule of payments set out below.

| Citation Number | Assessment | Processing Fee | Restitution | Community Service Payment | Fine | Total Amount Due |
|---|---|---|---|---|---|---|
| E1568944 | $10.00 | $30.00 | | | $1,000.00 | $1,040.00 |
| NOTES: | | | | | | |
| E1568945 | $10.00 | | | | $250.00 | $260.00 |
| NOTES: | | | | | | |
| **Totals:** | $20.00 | $30.00 | | | $1,250.00 | $1,300.00 |

## FINE, RESTITUTION, and COMMUNITY SERVICE PAYMENT

The fine and/or restitution includes any costs of incarceration and/or supervision. The fine, which is due immediately, is inclusive of all penalties and interest, if applicable. Restitution, if applicable, is for response, assessment, restoration and monitoring activities for injuries to park system resources.

The defendant shall pay interest on any fine and/or restitution of more than Two Thousand Five Hundred Dollars ($2,500.00), unless the fine and/or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the below payment options are subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

The court has determined that the defendant does not have the ability to pay interest or penalties and it is ordered that:

   The interest and penalties not be applied to fine and/or restitution.

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The total fine and other monetary penalties shall be due in full immediately.

---

### MONETARY OBLIGATIONS  /  FORFEIT PROPERTY

$1,300.00  due in full not later than 07/08/2026, payable to the Central Violations Bureau, P.O. Box 780549, San Antonio,  TX 78278.  Payment(s) can also be made at www.cvb.uscourts.gov or by calling (800) 827-2982, and shall reference the defendant's violation numbers E1568944 and E1568945, case number L:25-PO-00325-SAH-1, location code WYNP.